**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: LAMARCHE, WILFRED JERRY § Case No. 11-85535 | |
| LAMARCHE, PAMELA DAWN § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　U.S. Courthouse
　　327 South Church Street
　　Room 1100
　　Rockford, IL  61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/29/2012 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: / /          By:     /s/ STEPHEN G. BALSLEY
                                     Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LAMARCHE, WILFRED JERRY § Case No. 11-85535
LAMARCHE, PAMELA DAWN §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 3,278.00

*and approved disbursements of*  $ 77.85

*leaving a balance on hand of* [1]  $ 3,200.15

**Balance on hand:**  $ 3,200.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 3,200.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 819.50 | 0.00 | 819.50 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,109.00 | 0.00 | 2,109.00 |

Total to be paid for chapter 7 administration expenses:  $ 2,928.50
Remaining balance:  $ 271.65

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 271.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 271.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,351.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 2,345.17 | 0.00 | 47.72 |
| 2 | GE Capital Retail Bank | 1,421.86 | 0.00 | 28.93 |
| 3 | PYOD, LLC its successors and assigns as assignee | 9,584.41 | 0.00 | 195.00 |

Total to be paid for timely general unsecured claims: $ 271.65
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/STEPHEN G. BALSLEY
                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-85535-MB
Wilfred Jerry LaMarche                                                  Chapter 7
Pamela Dawn LaMarche
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: cbachman            Page 1 of 3              Date Rcvd: Jul 25, 2012
                               Form ID: pdf006           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2012.
```
db/jdb       +Wilfred Jerry LaMarche,    Pamela Dawn LaMarche,    121 Lotus Drive,    Lakemoor, IL 60051-8889
18311089     +Advocate Good Shepherd Hospital,    450 W. Highway 22,    Barrington, IL 60010-1999
18311090     +Advocate Good Shepherd Hospital,    450 W. Wighway 22,    Barrington, IL 60010-1999
18311091      Advocate Good Shepherd Hospital,    PO Box 4248,   Carol Stream, IL 60197-4248
18311093     +Advocate Health Care,    P.O. Box 70014,    Chicago, IL 60673-0014
18311095      Ambassador Hospital Care LLC,    650 Dakota St. Ste A,    Crystal Lake, IL 60012-3744
18311096     +Amy Diaz,   121 Lotus Drive,    Lakemoor, IL 60051-8889
18311097     +Bank of America,    PO Box 982235,    El Paso, TX 79998-2235
18311099     +CCB Credit Services,    o/b/o Ally,    5300 S. 6th Street,    Springfield, IL 62703-5184
18311100     +Centegra Primary Care,    13707 W. Jackson,    Woodstock, IL 60098-3188
18311101     +Citi Card,    PO Box 6500,   Souix Falls, SD 57117-6500
18681898      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18311102     +Froedtert Hospital,    9200 W. Wisconsin Avenue,    Milwaukee, WI 53226-3596
18311103     +Illinois Pain Institute,    431 Summit Street,    Elgin, IL 60120-3861
18311104     +Kanu Panchal,    4309 Medical Center Drive #B301,    McHenry, IL 60050-8439
18311105      Medical Business Bureau,    o/b/o TriCounty Emergency Physicians,    PO Box 1219,
               Park Ridge, IL 60068-7219
18311106      Medical College Physicians,    10000 Inovations Drive,    P.O. Box 13308,
               Milwaukee, WI 53213-0308
18311107      Michael LaMarche,    McHenry, IL 60050
18311108     +Midwest Diagnostic Pathology,    75 Remittance Drive, Ste 3070,    Chicago, IL 60675-3070
18311110      Northwest Neurology, LTD,    22285 Pepper Road Ste.401,    Lak Barrington, IL 60010-2542
18311111     +The Center for Neurology,    750 E. Terra Cotta Ave. Ste A,    Crystal Lake, IL 60014-3621
18311112     +The State Bank Group,    Wonder Lake, IL 60097
18311116      UIC Pathology,    4810 Paysphere Circle,    Chicago, IL 60674-0001
18311117      UIC Physician Group,    3293 Paysphere Circle,    Chicago, IL 60674-3293
18311120     +Wellington Radiology Group,    39006 Treasury Ctr,    Chicago, IL 60694-9000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18311094      E-mail/Text: ally@ebn.phinsolutions.com Jul 26 2012 03:11:50     Ally,    P.O. Box 380902,
               Bloomington, MN 55438-0902
18311098     +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2012 06:54:58     Care Credit,    PO Box 981127,
               El Paso, TX 79998-1127
18682288      E-mail/PDF: rmscedi@recoverycorp.com Jul 26 2012 05:54:00     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18992448     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 26 2012 03:05:41
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
18311114     +E-mail/Text: aholt@mms.med.pro Jul 26 2012 03:10:25     Tri-County Emergency Physicians,
               PO Box 369,   Barrington, IL 60011-0369
18311119     +E-mail/Text: jherndon@uic.edu Jul 26 2012 03:13:42     University of Illinois Medical Center,
               Patient Accts. P.O. Box 12199,    Chicago, IL 60612-0199
18311118     +E-mail/Text: jherndon@uic.edu Jul 26 2012 03:13:42     University of Illinois Medical Center,
               Patient Accounts,   P.O. Box 12199,    Chicago, IL 60612-0199
                                                                                              TOTAL: 7
```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18311092*      Advocate Good Shepherd Hospital,    PO Box 4248,   Carol Stream, IL 60197-4248
18311109*      Midwest Diagnostic Pathology,    75 Remittance Drive, Ste 3070,    Chicago, IL 60675-3070
18311113*     +The State Bank Group,    Wonder Lake, IL 60097
18311115*     +Tri-County Emergency Physicians,    PO Box 369,   Barrington, IL 60011-0369
18311121*     +Wellington Radiology Group,    39006 Treasury Ctr,    Chicago, IL 60694-9000
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: cbachman              Page 2 of 3              Date Rcvd: Jul 25, 2012
                              Form ID: pdf006             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cbachman            Page 3 of 3              Date Rcvd: Jul 25, 2012
                              Form ID: pdf006           Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2012 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott A Bentley    on behalf of Debtor Wilfred LaMarche scottbentleylaw@gmail.com
          Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
          TOTAL: 4