**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: LAMARCHE, WILFRED JERRY　　　　§　Case No. 11-85535
　　　　LAMARCHE, PAMELA DAWN　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $78,409.39　　　　　　　Assets Exempt: $12,084.39
*(without deducting any secured claims)*

Total Distribution to Claimants: $271.65　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　Without Payment: $91,476.21

Total Expenses of Administration: $3,006.35

---

　　　3) Total gross receipts of $　3,278.00　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　0.00　(see **Exhibit 2**), yielded net receipts of $3,278.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $50,536.26 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,006.35 | 3,006.35 | 3,006.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 91,543.77 | 13,351.44 | 13,351.44 | 271.65 |
| **TOTAL DISBURSEMENTS** | $142,080.03 | $16,357.79 | $16,357.79 | $3,278.00 |

4) This case was originally filed under Chapter 7 on December 29, 2011. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/15/2012          By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Federal Tax Return | 1224-000 | 3,278.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,278.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | The State Bank Group Wonder Lake, IL | 4110-000 | 22,755.19 | N/A | N/A | 0.00 |
| NOTFILED | The State Bank Group Wonder Lake, IL | 4110-000 | 27,781.07 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$50,536.26** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 819.50 | 819.50 | 819.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,109.00 | 2,109.00 | 2,109.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.85 | 2.85 | 2.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,006.35** | **$3,006.35** | **$3,006.35** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | 2,360.73 | 2,345.17 | 2,345.17 | 47.72 |
| 2 | GE Capital Retail Bank | 7100-000 | 1,372.86 | 1,421.86 | 1,421.86 | 28.93 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 9,413.76 | 9,584.41 | 9,584.41 | 195.00 |
| NOTFILED | Northwest Neurology, LTD | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | The Center for Neurology | 7100-000 | 2,878.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology | 7100-000 | 156.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-County Emergency Physicians | 7100-000 | 555.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical College Physicians | 7100-000 | 100.20 | N/A | N/A | 0.00 |
| NOTFILED | University of Illinois Medical Center | 7100-000 | 13,535.93 | N/A | N/A | 0.00 |
| NOTFILED | Tri-County Emergency Physicians | 7100-000 | 530.00 | N/A | N/A | 0.00 |
| NOTFILED | Wellington Radiology Group | 7100-000 | 231.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wellington Radiology Group | 7100-000 | 515.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau o/b/o TriCounty Emergency | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | University of Illinois Medical Center | 7100-000 | 295.00 | N/A | N/A | 0.00 |
| NOTFILED | UIC Pathology | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | UIC Physician Group | 7100-000 | 29,462.00 | N/A | N/A | 0.00 |
| NOTFILED | Froedtert Hospital | 7100-000 | 193.67 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 818.28 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 225.60 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 1,391.20 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 408.80 | N/A | N/A | 0.00 |
| NOTFILED | Ally | 7100-000 | 13,394.81 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Health Care | 7100-000 | 10,672.03 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Pain Institute | 7100-000 | 1,033.00 | N/A | N/A | 0.00 |
| NOTFILED | CCB Credit Services o/b/o Ally | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Centegra Primary Care | 7100-000 | 505.00 | N/A | N/A | 0.00 |
| NOTFILED | Kanu Panchal | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Ambassador Hospital Care LLC | 7100-000 | 510.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $91,543.77 | $13,351.44 | $13,351.44 | $271.65 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85535  
**Case Name:** LAMARCHE, WILFRED JERRY  
LAMARCHE, PAMELA DAWN  
**Period Ending:** 11/15/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/29/11 (f)  
**§341(a) Meeting Date:** 02/02/12  
**Claims Bar Date:** 06/07/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Residence, 121 Lotus Drive, Lakemoor, IL | 67,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account #1322099<br>Per Amended Schedule B filed 04/24/12. | 1,835.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings Account #1322106 | 104.39 | 0.00 | DA | 0.00 | FA |
| 4 | Household Furniture | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing Apparel Residence | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | Furs and Jewelry | 150.00 | 0.00 | DA | 0.00 | FA |
| 7 | Retirement Fund | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | ASSET DELETED BY DEBTOR AMENDMENT DEBTOR NOT IN POSSESSION OF ASSET. Pursuant to debtor's attorney, this asset was repossessed by Ally Financial on 11/13/11. Ally Financial is listed as an unsecured creditor for the deficiency balance. Asset was deleted by Amended Schedule B filed 07/19/12. | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1997 Volkswagon Cabrica | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1995 Ford F150 4X4 | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1999 Chrysler Town and Country Van | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Office Equipment Residence | 440.00 | 0.00 | DA | 0.00 | FA |
| 13 | Machinery, Fixtures, Trade equipment | 280.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2011 Federal Tax Return (u)<br>Per Amended Schedule B filed 03/9/12. Debtors amended their Schedules B & C again on 04/24/12 claiming a total exemption of $5,000 ($4,000 of which is their wildcard and $1,000 is the American Opportunity Credit Exemption). The Debtors also turned over their state refund in the sum of $682.00. | 7,596.00 | 3,596.00 | | 3,278.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$86,005.39** | **$3,596.00** | | **$3,278.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85535  
**Case Name:** LAMARCHE, WILFRED JERRY  
LAMARCHE, PAMELA DAWN  
**Period Ending:** 11/15/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/29/11 (f)  
**§341(a) Meeting Date:** 02/02/12  
**Claims Bar Date:** 06/07/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 13, 2012     **Current Projected Date Of Final Report (TFR):** July 18, 2012 (Actual)

Case 11-85535    Doc 34    Filed 12/03/12    Entered 12/03/12 14:24:46    Desc Main
Document    Page 8 of 8

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-85535  
**Case Name:** LAMARCHE, WILFRED JERRY  
LAMARCHE, PAMELA DAWN  
**Taxpayer ID #:** \*\*-\*\*\*5725  
**Period Ending:** 11/15/12

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*49-66 - Checking Account  
**Blanket Bond:** $296,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/12 | {14} | Pamela D. LaMarche | 2011 tax refund (federal and state) | 1224-000 | 3,278.00 | | 3,278.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,253.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,228.00 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-85535 | 2300-000 | | 2.85 | 3,225.15 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,200.15 |
| 08/29/12 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,109.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,109.00 | 1,091.15 |
| 08/29/12 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $819.50, Trustee Compensation;  Reference: | 2100-000 | | 819.50 | 271.65 |
| 08/29/12 | 104 | FIA CARD SERVICES, N.A. | Dividend paid   2.03% on $2,345.17; Claim# 1; Filed: $2,345.17; Reference: | 7100-000 | | 47.72 | 223.93 |
| 08/29/12 | 105 | GE Capital Retail Bank | Dividend paid   2.03% on $1,421.86; Claim# 2; Filed: $1,421.86; Reference: | 7100-000 | | 28.93 | 195.00 |
| 08/29/12 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid   2.03% on $9,584.41; Claim# 3; Filed: $9,584.41; Reference: | 7100-000 | | 195.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,278.00 | 3,278.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 3,278.00 | 3,278.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,278.00** | **$3,278.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-\*\*\*\*\*\*49-66** | 3,278.00 | 3,278.00 | 0.00 |
| | $3,278.00 | $3,278.00 | $0.00 |

{} Asset reference(s)

Printed: 11/15/2012 02:51 PM    V.13.04